AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| PRISCILA BARBOSA, EDVALDO ROCHA CABRAL  CLOVIS KARDEKIS PLACIDO ▇▇▇ ▇▇▇▇▇▇▇▇▇▇ GUILHERME DA SILVEIRA (cont'd on attached sheet) | ) ) ) ) | 21-mj-5202-JGD |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   January 2019 to April 2021   in the county of   Essex   in the
  District of   Massachusetts  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1349 | Conspiracy to commit wire fraud |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

*Terrence Dupont*
*Complainant's signature*

Terrence Dupont, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  **May 6, 2021**

*Judith Gail Dein*
*Judge's signature*

City and state:   Boston, Massachusetts                Hon. Judith G. Dein, U.S. Magistrate Judge
*Printed name and title*

SILVA, ALTACYR DIAS GUIMARAES NETO, ███████ FLAVIO CANDIDO DA ABREU, JORDANO AUGUSTO LIMA GUIMARAES, ███████ BRUNO PROENCIO ALESSANDRO FELIX DA FONSECA, ███████