UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                              Case No.: 1:21-mj-05202-JGD

PRISCILA BARBOSA,
    Defendant.

## MOTION TO CONTINUE DETENTION HEARING AND PROBABLE CAUSE HEARING

Now comes the Defendant, through counsel, and without objection from the Government, and requests that this Court continue (i) the Detention Hearing and (ii) the Probable Cause Hearing, now scheduled for May 18, 2021 to a date between June 21 – July 1, 2021.

As grounds therefore, the Defendant and counsel need additional time to prepare for the hearings. The Defendant acknowledges that the time from the date of this filing to the Sentencing hearing be excluded from consideration under the Speedy Trial Act, as the delay is in the interests of justice and outweighs the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. sec. 3161(h)(7)(A).

                              Respectfully submitted,

                              Priscila Barbosa,

                              Defendant, by her attorney,

                              James M. Caramanica, BBO 565882
                              Law Office of James M. Caramanica
                              120 North Main St., Suite 3061,
                              Attleboro, MA 02703

Dated: 5/17/21                      508-222-0096

**CERTIFICATE OF SERVICE**

    I certify a true copy of this document was served today on all counsel through the CM/ECF of this District as set forth in the Notice of Electronic Filing and that no party requires service by other means.

                                                                                  _____
                                                                                  James M. Caramanica