UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

Case No.: 1:21-mj-05202-JGD

PRISCILA BARBOSA,
    Defendant.

## ASSENTED TO MOTION TO AGREE TO VOLUNTARY DETENTION WITHOUT PREJUDICE

Now comes the Defendant, through counsel, and with the assent of the Government, and agrees to an order of Voluntary Detention, without prejudice.

Respectfully submitted,

Priscila Barbosa,

Defendant, by her attorney,

_____
James M. Caramanica, BBO 565882
Law Office of James M. Caramanica
120 North Main St., Suite 3061,
Attleboro, MA 02703
508-222-0096

Dated: 5/25/21

## CERTIFICATE OF SERVICE

I certify a true copy of this document was served today on all counsel through the CM/ECF of this District as set forth in the Notice of Electronic Filing and that no party requires service by other means.

_____
James M. Caramanica